# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**AYAL GOLDSTEIN,**
Appellant,

v.

**PAULA NEWMARK,** f/k/a **PAULA GOLDSTEIN,**
Appellee.

No. 4D18-1115

[January 10, 2019]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Rosemarie Scher, Judge; L.T. Case No. 502008DR008321NB.

John T. Christiansen Jr. of Law Offices of John T. Christiansen, P.L., West Palm Beach, for appellant.

Howard M. Rudolph and Ashley M. Blalock of Rudolph & Associates, LLC, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***